DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRANDON MICHAEL WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1687

_____

June 21, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge.

Jonah K. Dickstein of Dickstein Law, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed without prejudice to any right appellant may have to file a
motion pursuant to Florida Rule of Criminal Procedure 3.850.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.